NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

M. Elizabeth Graham (Cal. Bar No. 143085)
201 Mission Street, Suite 1200
San Francisco, California 94105
Tel: 415-293-8210
Fax: 415-789-4367
egraham@gelaw.com

ATTORNEY(S) FOR: Plaintiffs

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Tammy Jane Owen as Administrator of the Estate of Benjamin James Owen, and Al Otro Lado, Inc.<br>Plaintiff(s), | CASE NUMBER:<br>2:22-cv-00550-DSF-AFM |
|---|---|
| v. | |
| U.S. Immigration and Customs Enforcement, et al.<br>Defendant(s) | **CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Tammy Jane Owen as Administrator of the Estate of Benjamin James Owen, and Al Otro Lado, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Al Otro Lado | Plaintiff |
| Tammy Jane Owen | Plaintiff, spouse of Benjamin James Owen and Administrator of the Estate of Benjamin James Owen |

1/26/2022
Date

*Elizabeth Graham* (signature)
Signature

Attorney of record for (or name of party appearing in pro per):
Tammy Jane Owen as Administrator of the Estate of Benjamin James Owen, and Al Otro Lado, Inc.