AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Tammy Jane Owen, as the Administrator of the Estate of Ben Owen, Al Otro Lado, Inc. <br><br> *Plaintiff(s)* <br> v. <br> U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security - Office of Civil Rights and Civil Liberties; U.S. Department of Homeland Security - Office of Inspector General <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:22-cv-00550-DSF-AFM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Immigration and Customs Enforcement
c/o Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tammy Jane Owen, as the Administrator of the Estate of Ben Owen, Al Otro Lado, Inc
M. Elizabeth Graham, Attorney
Grant & Eisenhofer, P.A.
201 Mission Street, Suite 1200
San Francisco, CA 94105
Tel: 415-293-8210
egraham@gelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray
*CLERK OF COURT*

Date: January 28, 2022

/s/ *Jennylam*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00550-DSF-AFM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I mailed this Summons and copy of the Complaint and other documents set forth in the attachment hereto, in this case via USPS Certified Mail with tracking number 70203160000020979169 to Defendant U.S. Immigration and Customs Enforement c/o Attorney General of the United States as required by Fed. R. Civ. P. 4(i). USPS delivered the Summons and Complaint on February 7, 2022.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/15/2022

*Server's signature*

M. Elizabeth Graham (Cal. Bar No. 143085)
*Printed name and title*

Grant & Eisenhofer P.A.
201 Mission Street, Suite 1200
San Francisco, CA 94105
*Server's address*

Additional information regarding attempted service, etc:

POS-040(D)

| SHORT TITLE: Tammy Jane Owen, as the Administrator of the Estate of Ben Owen, Al Otro Lado, Inc, v. U.S. Immigration and Customs Enforcment, et al. | CASE NUMBER:<br>2:22-cv-00550-DSF-AFM |
|---|---|

**ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)**

*(This Attachment is for use with form POS-040)*

**The documents that were served are as follows** *(describe each document specifically)*:

Summons & Proof of Service

Complaint & Civil Cover Sheet

Notice of Assignment to District Judge Dale S. Fischer and Magistrate Judge Alexander F. MacKinnon

Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

Notice to Parties of Court-Directed ADR Program;

Standing Order for Cases Assigned to Judge Dale S. Fischer

Certification and Notice of Interested Parties filed by Plaintiff on January 26, 2022

Form Approved for Optional Use
Judicial Council of California
POS-040(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)**
**(Proof of Service)**

Page _____ of _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    U.S. Immigration and Customs Enforcement
    c/o Attorney General of the United States
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

    9590 9402 6521 0346 7529 99

2. Article Number (Transfer from service label)

    7020 3160 0000 2097 9165

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

FEB 7 2022

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 6521 0346 7529 99

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Grant & Eisenhofer
Attn: 
123 Justison Street
6th Floor
Wilmington, DE 19801