# EXHIBIT G

**Request - 2022-CRFO-00047**  **Create Appeal (CreateAppeal.aspx?reqno=2022-CRFO-00047)**  ✉ **Inbox (0)**  ➤ **Compose Message**  🔔 **Sent Messages**  **Withdraw Request**  ← **Back (RequestStatus.aspx)**

## Requester Details

To modify request details, please update your requester profile or contact the our office for assistance.

**Al Otro Lado**
Al Otro Lado
PO Box 907
Maywood, CA  90270
jeremy@alotrolado.org

Requester Default Category: News Media

## Request Details

| | |
|---|---|
| Date Requested | 12/16/2021 |
| Received Date | 12/17/2021 |
| Estimate Delivery Date | 02/04/2022 |
| Status | In Process |

## General Information

| | |
|---|---|
| DHS Component | CRCL - US DHS C⋁ |
| Selected Component | CRCL |

Please ensure Request Type matches up to the Component

| | |
|---|---|
| Request Type | CRCL FOIA ⋁ |
| Suggested Requester Category | News Media ⋁ |

### Request Information

\* For Requests to OBIM for IDENT Records, please attach your Fingerprint Card Scans above in addition to filling out the Request Description below.

| | |
|---|---|
| Request Description | Center, Winn Correctional Center) dated or sent from January 1, 2017 until the time this search is conducted.<br>4. All communications sent by or received from CRCL concerning or in |
| Date Range for Record Search: From(mm/dd/yyyy) | 01/01/2017      To (mm/dd/yyyy)   12/16/2021 |
| Description Document | 🖉 Add Attachment |
| Third Party Consent | 🖉 Add Attachment |
| Certification of Identity | 🖉 Add Attachment |

### Fee Information

| | |
|---|---|
| Willing Amount ($) | 25.00 |
| Fee Waiver Requested | ☑ 🖉 Add Attachment |

\* Fees otherwise chargeable in connection with a request for disclosure of a record shall be waived or reduced where it is determined that disclosure is in the public interest because it is likely to contribute significantly to public understanding of the operation or activities of the government and is not primarily in the commercial interest of the requester.

| | |
|---|---|
| Fee Waiver Granted | Yes |
| Fee Waiver Request Reason | Disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations and |

**Cost Details :**

| | |
|---|---|
| Total Cost | $0.00 |

Exhibit G

| | |
|---|---|
| Cost Incurred | $0.00 |
| Amount Paid | $0.00 |
| Balance Amount | $0.00 |
| Payment Status | No Charges |
| Willing to Pay All Fees | ☐ |

**Expedite Information**

\* Some requests may qualify for expedited treatment if the requester can demonstrate that it meets certain criteria established under DHS regulations. See 6 C.F.R. § 5.5(d)(1) (https://www.dhs.gov/publication/federal-register-notice-freedom-information-act-and-privacy-act-procedures-interim-final)

| | |
|---|---|
| Expedite Requested | ☐ 📎 Add Attachment |
| Expedite Reason | |

Exhibit G