# Exhibit G

*Office of Information Governance and Privacy*

**U.S. Department of Homeland Security**
500 12th St., NW, STOP 5009
Washington, D.C. 20536-5009



October 18, 2022

Samuel Mukiibi
123 Justison Street, 7th Floor
Wilmington, DE 19801

**RE:    ICE FOIA Case Number 2022-ICLI-00026**

Dear Requester:

ICE FOIA acknowledges receipt of your September 29, 2022, Request for Expedited Processing, as it relates to your Freedom of Information Act (FOIA) requests to U.S. Immigration and Customs Enforcement (ICE), for records pertaining to Ben James Owen, Maria Celeste Ochoa-Yoc De Ramirez, Gourgen Mirimanian, and the ICE Meta-FOIA Request.

Your request for expedited treatment is hereby denied.

Under the DHS FOIA regulations, a requester seeking expedited processing must submit a statement explaining in detail the basis for the request, and that statement must be certified by the requester to be true and correct. 6 C.F.R. § 5.5(e)(3).

First, your request for expedited processing is generic, and is not tailored to any specific FOIA request. For example, processing of some of your FOIA requests have already been completed.

Second, your request does not comply with the DHS FOIA regulations in that your request was sent to DOJ counsel, and not to the Privacy Office as is required for an (e)(1)(iv) request. 6 C.F.R. § 5.5(e)(2).

Third, your request does not comply with the DHS FOIA regulations because it does not include the requisite certification from the requester describing a basis for the request. 6 C.F.R. § 5.5(e)(3).

Fourth, even it had been properly submitted, your request for expedited processing is denied because you do not qualify for such processing under 6 C.F.R. § 5.5(e)(1)(iv), which was the only stated basis for your request. Your letter was conclusory in nature and the cited news articles do not present sufficient facts to justify a grant of expedited processing under the applicable standards.

Lastly, even if your expedition request had met the applicable requirements, for your FOIA requests where processing is not already complete, ICE is already processing them at a rate of

*Office of Information Governance and Privacy*

**U.S. Department of Homeland Security**
500 12th St., NW, STOP 5009
Washington, D.C. 20536-5009



500 pages per month---the same rate at which they would have been processed if expedition had been granted.

Your request has been assigned tracking number **2022-ICLI-00026**. Please use this number in future correspondence.

Sincerely,

MERONICA D STONEY
Digitally signed by MERONICA D STONEY
Date: 2022.10.18 09:25:46 -04'00'

Meronica D. Stoney
Litigation Team Supervisor