# **<u>Exhibit H</u>**



February 7, 2022

*Via electronic mail*

Al Otro Lado
PO Box 907
Maywood, CA 90270

Re:  2022-CRFO-00047

Dear Al Otro Lado:

This is an interim response to your Freedom of Information Act (FOIA) request dated December 16, 2021, to the Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL), seeking, "the November 17, 2021 report sent by CRCL to ICE regarding Winn Correctional Center. For details see: https://www.buzzfeednews.com/article/hamedaleaziz/ice-private-prison-louisiana-conditions.

1. The August 10, 2021 CRCL memorandum regarding Winn Correctional Center described above.
2. Any reports or recommendations concerning complaints assigned numbers 000945-21-ICE, 21-05-ICE-0248, and 000382-21
3. Any other recommendations or reports regarding any ICE detention facilities within the New Orleans ICE Field Office Area of Responsibility (Adams County Detention Center, Allen Parish Public Safety Complex, Etowah County Detention Center, Jackson Parish Correctional Center, LaSalle ICE Processing Center, Pine Prairie ICE Processing Center, Richwood Correctional Center, River Correctional Center, South Louisiana ICE Processing Center, Winn Correctional Center) dated or sent from January 1, 2017 until the time this search is conducted.
4. All communications sent by or received from CRCL concerning or in connection to any of the above complaints and investigations.
5. All records collected for or used in any of the above complaints and investigations.

The processing of your request identified certain materials that will be released to you. Portions not released are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Please refer to the Applicable Exemptions list at the end of this letter that identifies the authority for withholding the exempt material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these exemptions in more detail.

Please be advised, 259 pages which originated within the DHS Immigration and Customs Enforcement (ICE) was referred to ICE for processing and direct response to you.  The contact information for ICE's FOIA Office is as follows:

Freedom of Information Act Office
500 12th Street, SW, Stop 5009
Washington, D.C. 20536-5009
Phone: 866-633-1182 | Fax: 202-732-4265 | E-mail: ice-foia@dhs.gov

Please be advised, four pages which originated within the DHS Office of General Inspector (OIG) was referred to OIG for processing and direct response to you.  The contact information for OIG's FOIA Office is as follows:

FOIA Public Liaison
DHS-OIG Counsel
STOP 0305
245 Murray Lane, SW
Washington, D.C. 20528-0305
Phone: 202-981-6100 | Fax: 202-245-5217 | E-mail: FOIA.OIG@oig.dhs.gov

<u>Fees</u>

There are no fees associated with processing this request because the fees incurred do not exceed the minimum threshold necessary for charge.

<u>Administrative Appeal</u>

You have a right to appeal the above withholding determination.  Should you wish to do so, you must send your appeal and a copy of this letter, within 90 days of the date of this letter, to:  Office for Civil Rights and Civil Liberties, Attn: FOIA Appeals, U.S. Department of Homeland Security, 245 Murray Lane, SW, Mail Stop 0190, Washington, D.C. 20528-0655, following the procedures outlined in the DHS FOIA regulations at 6 C.F.R. Part 5 § 5.8. Your envelope and letter should be marked "FOIA Appeal."  Copies of the FOIA and DHS FOIA regulations are available at www.dhs.gov/foia.

Additionally, you have the right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5796.

If you have any questions pertaining to your request, please feel free to contact our office at crclfoia@hq.dhs.gov.

Sincerely,

Rosemary Law
CRCL FOIA Officer

Summary:
Number of Pages Released in Part or Full: 98
Number of Pages Withheld in Full: 76
Number of Pages Referred: 263

**APPLICABLE EXEMPTIONS**
**FREEDOM OF INFORMATION ACT**

**Freedom of Information Act (5 U.S.C. 552)**

☐ (b)(1)   ☐ (b)(2)   ☐ (b)(3)   ☐ (b)(4)   ☒ (b)(5)   ☒ (b)(6)

☐ (b)(7)(A)   ☐ (b)(7)(B)   ☒ (b)(7)(C)   ☐ (b)(7)(D)   ☐ (b)(7)(E)   ☐ (b)(7)(F)

Enclosures

FREEDOM OF INFORMATION ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

Exemptions

**Exemption (b)(1):** Records that contain information that is classified for national security purposes.

**Exemption (b)(2):** Records that are related solely to the internal personnel rules and practices of an agency.

**Exemption (b)(3):** Allows for the withholding of information prohibited from disclosure by another federal statute provided that one of two disjunctive requirements are met: the statute either "(A)(i) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (A)(ii) establishes particular criteria for withholding or refers to particular types of matters to be withheld."

**Exemption (b)(4):** Records that contain trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

**Exemption (b)(5):** Inter- or intra-agency records that are normally privileged in the civil discovery context. The three most frequently invoked privileges are the deliberative process privilege, the attorney work-product privilege, and the attorney-client privilege:

- Deliberative process privilege – Under the deliberative process privilege, disclosure of these records would injure the quality of future agency decisions by discouraging the open and frank policy discussions between subordinates and superiors.
- Attorney work-product privilege – Records prepared by or at the direction of a FinCEN attorney.
- Attorney-client privilege – Records of communications between an attorney and his/her client relating to a matter for which the client has sought legal advice, as well as facts divulged by client to attorney and any opinions given by attorney based on these.

**Exemption (b)(6):** Records that contain identifying information that applies to a particular individual when the disclosure of such information "would constitute a clearly unwarranted invasion of personal privacy." This requires the balancing of the public's right to disclosure against the individual's right to privacy.

**Exemption (b)(7)(A):** Records or information compiled for law enforcement purposes, but only to the extent that production of such law enforcement records or information…could reasonably be expected to interfere with law enforcement proceedings.

**Exemption (b)(7)(C):** Records containing law enforcement information when disclosure "could reasonably be expected to constitute an unwarranted invasion of personal privacy" based upon the traditional recognition of strong privacy interests ordinarily appropriated in law enforcement records.

**Exemption (b)(7)(E):** Records compiled for law enforcement purposes, the release of which would disclose techniques and/or procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law.