# **Exhibit I**



Office for Civil Rights and Civil Liberties
**U.S. Department of Homeland Security**
Washington, DC 20528

August 15, 2022

SENT VIA E-MAIL TO: karlyn@alotrolado.org

Karlyn Kuirchety
Al Otro Lado
PO Box 907
Maywood, CA 90270

**Re:   AOL 22-cv-00550 (Case No. 2022-CRLI-00004)**

Dear Karlyn Kuirchety:

This is an interim response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL), dated December 16, 2021.

For this production, DHS CRCL processed 479 pages for which, 16 pages are being released in full, 74 pages are being partially withheld, and 186 pages are being withheld in full to FOIA exemption (b)(5), (b)(6) and (b)(7)(C). Further, 137 pages were referred to the DHS Immigration & Customs Enforcement (ICE) and eight pages were referred to DHS Office of Inspector General. Lastly, 58 pages were found duplicates.

If you have any questions regarding this release, please contact Assistant U.S. Attorney, Joel McElvain United States Attorney's Office, U.S. District Court for the Central District of California Western Division, by email at Joel.L.McElvain@usdoj.gov.  The 90 pages for release are bates stamped CRLI-00004-000001 to CRLI-00004-000090, and 186 pages withheld in full are bate stamped CRLI-00004-000091 to CRLI-00004-000276.

Sincerely,

Rosemary Law
CRCL FOIA Officer