# Exhibit J



Office for Civil Rights and Civil Liberties
**U.S. Department of Homeland Security**
Washington, DC 20528

September 15, 2022

<u>SENT VIA E-MAIL TO:</u> karlyn@alotrolado.org

Karlyn Kuirchety
Al Otro Lado
PO Box 907
Maywood, CA 90270

**Re:   AOL 22-cv-00550 (Case No. 2022-CRLI-00004)**

Dear Karlyn Kuirchety:

This is an interim response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL), dated December 16, 2021.

For this production, DHS CRCL processed 701 pages for which, 701 pages were referred to the DHS Immigration & Customs Enforcement (ICE).

If you have any questions regarding this release, please contact M. Andrew Zee, Federal Programs Branch, by email at M.Andrew.Zee@usdoj.gov.

Sincerely,

Rosemary Law
CRCL FOIA Officer