# Exhibit K

*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528



October 14, 2022

SENT VIA E-MAIL TO: karlyn@alotrolado.org

Karlyn Kuirchety
Al Otro Lado
PO Box 907
Maywood, CA 90270

**Re: AOL 22-cv-00550 (Case No. 2022-CRLI-00004)**

Dear Karlyn Kuirchety:

This is an interim response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL), dated December 16, 2021.

For this production, DHS CRCL processed 458 pages for which, 154 pages are for the "MIRAN'S" FOIA request mentioned in paragraph 100, and 304 pages are for the "CRCL Report FOIA" request mentioned in paragraph 93 of your compliant.

For the 154 pages of the "Miran's" request, four pages are being released in full, 14 pages are being partially withheld, and two pages are being withheld in full to FOIA exemption (b)(5) and (b)(6). Further, 119 pages were referred to the DHS Immigration & Customs Enforcement (ICE) and six pages were referred to DHS Office of Inspector General. Lastly, nine pages were found duplicates.

For the 304 pages of the "CRCL Report FOIA" request, eight pages are being released in full, 22 pages are being partially withheld, and 78 pages are being withheld in full to FOIA exemption (b)(5) and (b)(6). Further, 91 pages were referred to the DHS Immigration & Customs Enforcement (ICE) and 43 pages were referred to DHS Office of Inspector General. Lastly, six pages were found to be non-responsive and 56 pages duplicates.

For paragraph "Miran's" request, the 18 pages for release are bates stamped CRLI-00004-000277 to CRLI-00004-000294, and two pages withheld in full are bate stamped CRLI-00004-000295 to CRLI-00004-000296.

For the "CRCL Report FOIA" request, the 30 pages for release are bates stamped CRLI-00004-000297 to CRLI-00004-000326, and 78 pages withheld in full are bate stamped CRLI-00004-000327 to CRLI-00004-000404.

With this production, we've completed the processing of the "Miran's" request. If you have any questions regarding this release, please contact M. Andrew Zee, Federal Programs Branch, by email at M.Andrew.Zee@usdoj.gov.

                                             Sincerely,

                                             Rosemary Law
                                             CRCL FOIA Officer