# **Exhibit L**



*Office for Civil Rights and Civil Liberties*
**U.S. Department of Homeland Security**
Washington, DC 20528

10/25/2022

*Via electronic mail*

Samuel Mukiibi
123 Justison Street, 7th Floor
Wilmington, DE 19801

**RE:    CRCL FOIA Case Number 2022-CRLI-00004**

Dear Samuel Mukiibi:

This acknowledges receipt of your September 29, 2022, Freedom of Information Act (FOIA) request for Expedited Processing to the Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL), as it relates to your "MIRAN'S" and "CRCL Report FOIA" requests.

Please note, we've completed the processing of you "MIRAN's" request. Your request for expedited treatment for the "CRCL Report FOIA" request is hereby denied.

Under the DHS FOIA regulations, a requester seeking expedited processing must submit a statement explaining in detail the basis for the request, and that statement must be certified by the requester to be true and correct. 6 C.F.R. § 5.5(e)(3).

First, your request for expedited processing is generic, and is not tailored to any specific FOIA request.

Second, your request does not comply with the DHS FOIA regulations in that your request was sent to DOJ counsel, and not to the Privacy Office as is required for an (e)(1)(iv) request. 6 C.F.R. § 5.5(e)(2).

Third, your request does not comply with the DHS FOIA regulations because it does not include the requisite certification from the requester describing a basis for the request. 6 C.F.R. § 5.5(e)(3).

Fourth, even it had been properly submitted, your request for expedited processing would have been denied because you do not qualify for such processing under 6 C.F.R. § 5.5(e)(1)(iv), which was the only stated basis for your request. Your letter was conclusory in nature and the cited news articles do not present sufficient facts to justify a grant of expedited processing under the applicable standards.

Lastly, even if your expedition request had met the applicable requirements, for your FOIA requests where processing is not already complete, CRCL is already processing them at a rate of

450 pages per month---the same rate at which they would have been processed if expedition had been granted.

Your request has been assigned tracking number **2022-CRLI-00004**. Please use this number in future correspondence.

Sincerely,

Rosemary Law
CRCL FOIA Officer