# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAMMY JANE OWEN as the Administrator of the Estate of Benjamin James Owen; AL OTRO LADO, Inc.; and MIRAN MIRIMANIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and U.S. DEPARTMENT OF HOMELAND SECURITY – OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES,<br><br>Defendants. | Case No.: 2:22-cv-00550-DSF-AFM<br><br>**DECLARATION OF M. ANDREW ZEE** |

I, M. Andrew Zee, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and employed by the Department of Justice, Civil Division, Federal Programs Branch. I am presently counsel for Defendants in this action. This Declaration is submitted in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and Partial Judgment on the Pleadings. I have personal knowledge of the facts set forth in this declaration, and, if called upon to testify as a witness, I would competently do so.

2. Attached as Exhibit M is a true and correct copy of a July 2022 email thread between DOJ attorney Joel M. McElvain, prior counsel for Defendants in this action, and Samuel Mukiibi, counsel for Plaintiffs, concerning, among other things, the Yoc De Ramirez FOIA Request at issue in this case. In a July 28, 2022 message, Mr. McElvain states that Defendants would "be happy to discuss possibilities to narrow the [Yoc De Ramirez] request so that you would obtain the documents you most care about more quickly." So far as Defendants are

aware, Plaintiffs did not respond to that opportunity to discuss a narrowing of the Yoc De Ramirez Request.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 31st day of October, 2022 in Oakland, California.

_____
M. Andrew Zee