# **Exhibit M**

| | |
|---|---|
| **From:** | Samuel Mukiibi |
| **To:** | McElvain, Joel L (CIV) |
| **Cc:** | Irene Lax; Jeremy Jong; Karlyn Kurichety; Diego ArandaTeixeira; Carol Lippmann |
| **Subject:** | RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791] |
| **Date:** | Monday, August 01, 2022 1:17:26 PM |
| **Attachments:** | Owen FOIA _ Joint Status Report (8.1.22) (Final).pdf |

Joel:

I edited the 2023 typo, which now says 2024.

At this time, we would not like to proceed with separate MSJ briefing for the Ramirez FOIA request. We will proceed with filing the Rule 26(f) Report as currently prepared. A final PDF is attached.

Thanks,
SM

**Samuel Mukiibi | Grant & Eisenhofer P.A.**
Direct: 302-622-7119 | Cell: 302-333-9929
smukiibi@gelaw.com | www.gelaw.com

---

**From:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Sent:** Monday, August 1, 2022 10:24 AM
**To:** Samuel Mukiibi <smukiibi@gelaw.com>
**Cc:** Irene Lax <ilax@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>; Carol Lippmann <clippmann@gelaw.com>
**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Sam,

There's a superfluous "2023" under section L on the dispositive motions schedule, which I neglected to delete in my last round of revisions.  Apart from correcting that typo, you have my approval for filing.

I take it that you have decided you are not interested in setting a separate SJ briefing schedule for issues apart from ICE's production on the Yoc de Ramirez request?

Thanks,
Joel

---

**From:** Samuel Mukiibi <smukiibi@gelaw.com>
**Sent:** Monday, August 1, 2022 9:33 AM
**To:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Cc:** Irene Lax <ilax@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety

<karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>; Carol Lippmann <clippmann@gelaw.com>
**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Joel:

Attached, please see the final draft (redline and clean) of the Rule 26 (f) Report. There are no changes to any of the joint sections and only slight revisions to plaintiffs' section.

Please confirm that we have your approval to affix your electronic signature. We would like to file this by 12 PM EST in order to timely get a courtesy copy to chambers.

Thanks,
SM

**Samuel Mukiibi | Grant & Eisenhofer P.A.**
Direct: 302-622-7119 | Cell: 302-333-9929
smukiibi@gelaw.com | www.gelaw.com

---

**From:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Sent:** Friday, July 29, 2022 1:29 PM
**To:** Samuel Mukiibi <smukiibi@gelaw.com>
**Cc:** Irene Lax <ilax@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>
**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Sam, Here are our revisions to the Rule 26(f) Report.  As I stated before, we'd be happy to discuss separating the summary judgment briefing schedule for ICE's response to the Yoc de Ramirez request from the SJ schedule for the remaining issues.

Joel

---

**From:** Samuel Mukiibi <smukiibi@gelaw.com>
**Sent:** Thursday, July 28, 2022 8:16 PM
**To:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Cc:** Irene Lax <ilax@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>
**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Joel:

That is a typographical error. It should say "preliminary injunction," which we would seek on the rate

of processing and potentially with respect to the Gourgen FOIA request. You can make the change in your revision or we will. Thanks.

**Samuel Mukiibi | Grant & Eisenhofer P.A.**
Direct: 302-622-7119 | Cell: 302-333-9929
smukiibi@gelaw.com | www.gelaw.com

---

**From:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Sent:** Thursday, July 28, 2022 5:09 PM
**To:** Samuel Mukiibi <smukiibi@gelaw.com>; McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Cc:** Irene Lax <ilax@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>
**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Thank you, Sam. Could you clarify your reference to a motion for "judgment on the pleadings and a permanent injunction" on page 9? What would you seek in such a motion? When we spoke the other day we discussed a schedule for a potential motion for a PI regarding the rate of processing, and I agreed to a schedule on that understanding. We wouldn't agree to that schedule for a motion seeking permanent relief, however.

---

**From:** Samuel Mukiibi <smukiibi@gelaw.com>
**Sent:** Thursday, July 28, 2022 4:47 PM
**To:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Cc:** Irene Lax <ilax@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>
**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Thanks, Joel. We will discuss internally and get back to you regarding this email.

Attached are Plaintiffs' revisions to the Rule 26(f) Report. I have attached both Redline and Clean copies. Please let me know if you approve. Pursuant to the Court Order, Plaintiffs will handle filing, which is due Monday, August 1, 2022.

Best,
SM

**Samuel Mukiibi | Grant & Eisenhofer P.A.**
Direct: 302-622-7119 | Cell: 302-333-9929
smukiibi@gelaw.com | www.gelaw.com

---

**From:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Sent:** Thursday, July 28, 2022 4:03 PM

**To:** Samuel Mukiibi <smukiibi@gelaw.com>
**Cc:** Irene Lax <ilax@gelaw.com>; Carla Agbiro <cagbiro@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>
**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

All, I've received updated information from ICE. They've received additional records that are potentially responsive to the Yoc de Ramirez request; it now estimates it has 10,600 pages of potentially responsive records in response to that request. Accordingly it anticipates it will complete its production to the Owen request by September 30, 2022, and the Yoc de Ramirez request by June 28, 2024.

The new records have not yet been processed, so we're uncertain as to why there are so many more pages in response to this request. ICE suspects that the breadth of the request may be an explanation, since the request is for "all records" relating to the decedent. We'd be happy to discuss possibilities to narrow the request so that you would obtain the documents you most care about more quickly.

Alternatively (or in addition), we'd also be happy to discuss bifurcating briefing so that we move forward on summary judgment on all issues apart from ICE's response to the Yoc de Ramirez request after CRCL completes its production by January 15, 2023, and then reserve briefing on the remaining request until after its completion.

Please let me know your thoughts. And if you do have edits to the current draft of the Rule 26(f) report, please provide them as soon as you're able, as I would need to run any responsive language by my clients.

Thank you,
Joel

---

**From:** Samuel Mukiibi <smukiibi@gelaw.com>
**Sent:** Monday, July 25, 2022 12:19 PM
**To:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Cc:** Irene Lax <ilax@gelaw.com>; Carla Agbiro <cagbiro@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>
**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Joel:

Can we push today's call to Wednesday, any time between 12 and 3 PM? Please let me know if that works for you.

We are finalizing revisions to the Rule 26 (f) Report and will get you a draft before we speak. We generally had no issues with your revisions to the joint sections. I think the only thing we will need to further confer on before filing are the proposed changes we have to the briefing schedule.

Thanks,
SM

**Samuel Mukiibi | Grant & Eisenhofer P.A.**
Direct: 302-622-7119 | Cell: 302-333-9929
smukiibi@gelaw.com | www.gelaw.com

---

**From:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Sent:** Thursday, July 21, 2022 12:53 PM
**To:** Samuel Mukiibi <smukiibi@gelaw.com>; McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Cc:** Irene Lax <ilax@gelaw.com>; Carla Agbiro <cagbiro@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>
**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Sounds good – thanks.

---

**From:** Samuel Mukiibi <smukiibi@gelaw.com>
**Sent:** Thursday, July 21, 2022 12:50 PM
**To:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Cc:** Irene Lax <ilax@gelaw.com>; Carla Agbiro <cagbiro@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>
**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Joel, lets revert back to Monday at 1:00 PM. I will circulate a calendar dial-in. We received your additions and will review for the call. Thanks.

**Samuel Mukiibi | Grant & Eisenhofer P.A.**
Direct: 302-622-7119 | Cell: 302-333-9929
smukiibi@gelaw.com | www.gelaw.com

---

**From:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Sent:** Thursday, July 21, 2022 10:46 AM
**To:** Samuel Mukiibi <smukiibi@gelaw.com>; McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Cc:** Irene Lax <ilax@gelaw.com>; Carla Agbiro <cagbiro@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>

**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Thanks – 3:00 on Tuesday works for me. I actually did get the information back from the clients this morning, so I should have draft Rule 26 language to share with you shortly. In light of that, if you'd like to move the call back to Monday at 1:00, that would be fine too.

Joel

---

**From:** Samuel Mukiibi <smukiibi@gelaw.com>
**Sent:** Thursday, July 21, 2022 9:49 AM
**To:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Cc:** Irene Lax <ilax@gelaw.com>; Carla Agbiro <cagbiro@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>
**Subject:** RE: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Joel, that works for us. How about 3:00 p.m. on Tuesday, July 26?

**Samuel Mukiibi | Grant & Eisenhofer P.A.**
Direct: 302-622-7119 | Cell: 302-333-9929
smukiibi@gelaw.com | www.gelaw.com

**From:** McElvain, Joel L (CIV) <Joel.L.McElvain@usdoj.gov>
**Sent:** Wednesday, July 20, 2022 10:20 AM
**To:** Samuel Mukiibi <smukiibi@gelaw.com>
**Cc:** Irene Lax <ilax@gelaw.com>; Carla Agbiro <cagbiro@gelaw.com>; Jeremy Jong <jeremy@alotrolado.org>; Karlyn Kurichety <karlyn@alotrolado.org>; Diego ArandaTeixeira <diego@alotrolado.org>
**Subject:** Re: [EXTERNAL] Owen v. DHS, No. 2:22-cv-550 (CD Cal): Rule 26(f) Report [IWOV-Civil_Rights.FID16791]

Sam, thanks for your patience. I'm waiting for some further information from the clients that I should have no later than Monday. So one way or the other I will have Rule 26 language to share with you on Monday. Given that, should we plan a call for Tuesday, to give you some lead time to review that language? I'm available all day that day.

Thanks,
Joel

On Jul 20, 2022, at 9:56 AM, Samuel Mukiibi <smukiibi@gelaw.com> wrote:

Joel:

Following up on the Rule 26(f) Report, will we receive your additions this week?

Also, during our last call we discussed having a call on July 25 at 1:00 PM to finalize the Rule 26(f) Report for filing. Are you still available at this date and time for the call?

Thanks,
SM

**Samuel Mukiibi | Grant & Eisenhofer P.A.**
Direct: 302-622-7119 | Cell: 302-333-9929
smukiibi@gelaw.com | www.gelaw.com