

Office for Civil Rights and Civil Liberties
**U.S. Department of Homeland Security**
Washington, DC 20528

August 13, 2024

SENT VIA E-MAIL TO: karlyn@alotrolado.org

Karlyn Kuirchety
Al Otro Lado
PO Box 907
Maywood, CA 90270

**Re:   AOL 22-cv-00550 (Case No. 2022-CRLI-00004)**

Dear Karlyn Kuirchety:

This is a supplemental release to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL), dated December 16, 2021, of documents that were previously withheld in full that are now withheld in part.

For this production, DHS CRCL reprocessed 413 pages that were previous withheld in full: CRLI-00004-000091 - CRLI-00004-000276, CRLI-00004-000327 - CRLI-00004-000404, CRLI-00004-00584 - CRLI-00004-00625, CRLI-00004-000669, and CRLI-00004-00784 - CRLI-00004-00889.  These pages are now being withheld in part.

If you have any questions regarding this release, please contact James Bickford, Federal Programs Branch, by email at James.Bickford@usdoj.gov.

Sincerely,

Rosemary Law
CRCL FOIA Officer