# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TAMMY JANE OWEN, et al., | Case No.: 2:22-cv-00550-DSF-AJRx |
| Plaintiffs, | **ORDER** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | |

Summary judgment briefing shall conclude in this case according to the following schedule:

- Defendants will file a Reply/Opposition by October 8, 2024.
- Plaintiffs will file any Reply by October 29, 2024.

**SO ORDERED** this 4th day of October, 2024.

Dale S. Fischer
United States District Judge