# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAMMY JANE OWEN as the Administrator of the Estate of Benjamin James Owen; AL OTRO LADO, Inc.; and MIRAN MIRIMANIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and U.S. DEPARTMENT OF HOMELAND SECURITY – OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES,<br><br>Defendants. | Case No.: 2:22-cv-00550-DSF-AFM<br><br>**FOURTH DECLARATION OF ROSEMARY LAW** |

I, Rosemary Law, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. This declaration serves to supplement information provided in my first declaration filed in this action on October 31, 2022, *see* docket no [76-9]; and my second declaration filed in this action on May 20, 2024, *see* docket no [95-1]; and my third declaration filed in this action on August 16, 2024. *See* docket no [111];

2. CRCL searched for all responsive records for this matter in all relevant and applicable CRCL databases using the requested search terms.

3. After my most recent declaration, CRCL made supplemental releases of information previously withheld from the following pages under the FOIA (b)(5) Exemption:

| VAUGHN | PART | BATES PAGE # | DOCUMENT |
|---|---|---|---|
| 9 | Interim 2 | CRLI-00004-000001 | Routing Sheet |

| 15 | Interim 2 | CRLI-00004-000018 | Short Form / RETENTION MEMO |
|----|-----------|-------------------|------------------------------|
| 47 | Interim 4, para 100 | CRLI-00004-000277 to -278 | Routing Sheet |
| 48 | Interim 4, para 100 | CRLI-00004-000280 to -281 | Routing Sheet |
| 49 | Interim 4, para 100 | CRLI-00004-000282 to -283 | Routing Sheet |
| 54 | Interim 4, para 93 | CRLI-00004-00301 | Short form / RETENTION MEMO |
| 57 | Interim 4, para 93 | CRLI-00004-00311 | Routing Sheet |
| 59 | Interim 4, para 93 | CRLI-00004-00320 to -321 | Short form / RETENTION MEMO |
| 66 | Interim 5 | CRLI-0004-00411 | Investigation notice / RETENTION MEMO |
| 75 | Interim 5 | CRLI-0004-00489 | Investigation notice / RETENTION MEMO |
| 77 | Interim 5 | CRLI-0004-00498 to -499 | Investigation notice / RETENTION MEMO |
| 86 | Interim 5 | CRLI-0004-00557 | Routing Sheet |
| 90 | Interim 5 | CRLI-0004-00580; and -582 | Routing Sheet |
| 94 | Interim 6 | CRLI-00004-00626 | Routing Sheet |
| 96 | Interim 6 | CRLI-00004-00630 to -631 | Routing Sheet |
| 97 | Interim 6 | CRLI-00004-00633 to -634 | Routing Sheet |
| 98 | Interim 6 | CRLI-00004-00636 to -637 | Routing Sheet |
| 101 | Interim 6 | CRLI-00004- | Routing Sheet |

|     |           |                              |                                                                                              |
|-----|-----------|------------------------------|----------------------------------------------------------------------------------------------|
|     |           | 00645 to -646                |                                                                                              |
| 102 | Interim 6 | CRLI-00004-00648 to -649     | Routing Sheet                                                                                |
| 103 | Interim 6 | CRLI-00004-00651             | Routing Sheet                                                                                |
| 104 | Interim 6 | CRLI-00004-00653 to -654     | Routing Sheet                                                                                |
| 105 | Interim 6 | CRLI-00004-00655 to -656     | Routing Sheet                                                                                |
| 106 | Interim 6 | CRLI-00004-00658 to -659     | Routing Sheet                                                                                |
| 111 | Interim 7 | CRLI-0004-000670 to -671     | Routing Sheet                                                                                |
| 117 | Interim 7 | CRLI-0004-000710 to -711     | Routing sheet                                                                                |
| 123 | Interim 7 | CRLI-0004-000734 to -735     | Routing Sheet                                                                                |
| 124 | Interim 7 | CRLI-0004-000737 to -738     | Routing Sheet                                                                                |
| 131 | Interim 7 | CRLI-0004-000759             | Email communications between CRCL managers and line employees regarding next steps for complaints |
| 136 | Interim 8 | CRLI-0004-000771 to -772     | Routing Sheet                                                                                |
| 147 | Interim 8 | CRLI-0004-000890 to -891     | Routing Sheet                                                                                |
| 151 | Interim 8 | CRLI-0004-000903             | Email correspondences - CRCL's shared-drive IP address                                       |
| 159 | Interim 8 | CRLI-00004-00932 to -933     | Routing Sheet                                                                                |
| 161 | Interim 8 | CRLI-00004-00936             | Routing Sheet                                                                                |

| 165 | Interim 8 | CRLI-00004-00943 | Routing Sheet |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 8th day of October, 2024

_____
Rosemary Law