James Bickford (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632

Attorney for Defendants
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAMMY JANE OWEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No. 2:22-cv-00550-DSF-AJRx<br><br>**DEFENDANTS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACTS**<br><br>Before the Hon. Dale S. Fischer |

| **Plaintiffs' Uncontroverted Facts and Supporting Evidence** | **Defendants' Response** |
|---|---|
| 1. Plaintiffs sought records relating to the deaths of three individuals while detained by U.S. Immigration and Customs Enforcement ("ICE"): Mirimanian, Ochoa, and Owen.<br><br>*Evidence*: 3d Law Decl. ¶ 2; 3d Pineiro Decl. ¶¶ 6–7, 9. | Undisputed. |
| 2. Plaintiff Al Otro Lado sought records created in response to several previously-submitted FOIA requests and records relating to reports that the DHS Office of Civil Rights and Civil Liberties ("CRCL") had prepared with regard to certain ICE detention facilities.<br><br>*Evidence*: 3d Pineiro Decl. ¶¶ 3, 8. | Undisputed. |
| 3. Plaintiffs filed a Motion for a Preliminary Injunction and Partial Judgment on the Pleadings on 9/30/22 due to Defendants' insufficient production to date and to compel the prompt processing and production of responsive records.<br><br>*Evidence*: Massey Aff. ¶ 3. | This recitation of procedural history is not an allegation of material fact. Defendants do not dispute that Plaintiffs filed a motion on the stated date. |
| 4. ICE failed to conduct a reasonable search for all records responsive to the Mirimanian, Ochoa, and Owen Requests.<br><br>*Evidence*: Massey Aff. ¶¶ 4, 6–8; 3d Pineiro Decl. ¶¶ 32–33. | Disputed. *See* 3d Pineiro Decl. ¶¶ 14–33. |

1

| | |
|---|---|
| 5. CRCL failed to conduct a reasonable search for all records responsive to the CRCL Report and Mirimanian requests.<br><br>*Evidence*: Massey Aff. ¶¶ 4–5, 9; 3d Law Decl. ¶¶ 7–11 | Disputed. *See* 3d Law Decl. ¶¶ 4–11. |
| 6. CRCL completed its production of responsive records on August 13, 2024.<br><br>*Evidence*: 3d Law Decl. ¶ 13. | Disputed. *See* 3d Law Decl. ¶ 13. |
| 7. ICE completed its production of responsive records in June 2024.<br><br>*Evidence*: 3d Pineiro Decl. ¶ 34. | Undisputed. |
| 8. ICE unreasonably redacted or withheld responsive records under the justification of FOIA Exemption 5.<br><br>*Evidence*: Massey Aff. ¶¶ 10–12. | Disputed. *See* 3d Pineiro Decl. ¶¶ 41–47. |
| 9. CRCL unreasonably redacted or withheld responsive records under the justification of FOIA Exemption 5.<br><br>*Evidence*: Massey Aff. ¶¶ 13–14. | Disputed. *See* 3d Law Decl. ¶¶ 15–25 & *Vaughn* Index. |
| 10. ICE and CRCL unreasonably redacted or withheld responsive records under the justification of FOIA Exemptions 6 and 7(C).<br><br>*Evidence*: Massey Aff. ¶¶ 10, 12, 15. | Disputed. *See* 3d Law Decl. ¶¶ 26–30 & *Vaughn* Index; 3d Pineiro Decl. ¶¶ 48–60. |
| 11. ICE and CRCL unreasonably redacted or withheld responsive records under the justification of FOIA Exemption 7(E).<br><br>*Evidence*: Massey Aff. ¶¶ 15-16. | Disputed. *See* 3d Law Decl. ¶¶ 31–33 & *Vaughn* Index; 3d Pineiro Decl. ¶ 61 & *Vaughn* Index. |

2

*Owen v. ICE*, No. 2:22-cv-00550-DSF-AJRx
Defs.' Statement of Genuine Disputes of Material Facts

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

Date: October 8, 2024

3

*Owen v. ICE*, No. 2:22-cv-00550-DSF-AJRx
Defs.' Statement of Genuine Disputes of Material Facts